# Supreme Court

## Of

## Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta. Clerk

Case No: PD-1575-15

I, Mr. Tristan Omarr Armstrong on this day December 22, 2015, am requesting a change of address effective immediately.

**Previous**- 514 West Lindbergh Blvd. Universal City, Texas 78148

**Current**- P.O. Box 2354 Universal City, Texas 78148-1354

In addition to my change of address request, please resend all correspondence returned to the Court of Appeals regarding Petitioner. Thank you for your patience regarding this matter.

Respectfully,

Mr. Tristan Omarr Armstrong